### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-01185-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| ACER THERAPEUTICS INC., STEPHEN J. ASELAGE, JASON AMELLO, JOHN M. DUNN, MICHELLE GRIFFIN, and CHRIS SCHELLING, | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: January 9, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*